# B. B. LARSON v. K. O. SLETTE.[1]

April 24, 1914.

Nos. 18,448—(36).

**Principal and agent — findings.**

> The evidence justifies the finding of the court that the defendant without authority represented himself to be the agent of the plaintiff, directed one Iverson, who was wholly insolvent, to apply to his own use a check in his hands belonging to the plaintiff, that he was without authority so to do, and that thereby the same was lost to the plaintiff.

Action removed to the district court for Clay county to recover $100. The case was tried before Taylor, J., who made findings and ordered judgment in favor of plaintiff for $99.90. Defendant's motion for amended findings was denied. From an order denying his motion for a new trial, defendant appealed. Affirmed.

*Christian G. Dosland,* for appellant.

*F. H. Peterson,* for respondent.

DIBELL, C.

The defendant appeals from an order denying his motion for a new trial.

The case was tried to the court without a jury. The court found that in March, 1906, one Louis Iverson came into possession of a check for $99.90 which belonged to the plaintiff; that the defendant Slette represented himself to be the agent of the plaintiff Larson, and authorized Iverson to retain the money for his own use; that Iverson did retain it; that Iverson was at all times insolvent; that Slette at no time had authority from the plaintiff to direct the application of the money; and that because of such representation and the appropriation of the money by Iverson the plaintiff lost it.

The evidence is in dispute and the findings are justified.

Order affirmed.

[1] Reported in 146 N. W. 1095.